UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____

INCREDIBLEBANK,
         Plaintiff,

vs.

                                             C.A. No. 1:22-cv-00445
                                             IN ADMIRALTY

PROVOCATIVE (O.N. 1248080, NO. NV9272LC),
her engines, tackle, apparel, appurtenances, etc., *in rem*,
JONATHAN COHEN, *in personam*
         Defendants.

_____

## CONSENT JUDGMENT AND ORDER

WHEREAS, Plaintiff IncredibleBank, Defendants PROVOCATIVE (O.N. 1248080, NO. NV9272LC), her engines, tackle, apparel, appurtenances, etc., and Jonathan Cohen, and intervenor-claimant Outerlimits Powerboat Inc. (collectively, the "Parties") have settled this matter pursuant to a Settlement Agreement, the terms of which provide for the substance of this Judgment and Order, and the Court being otherwise fully advised in the premises;

WHEREAS, the Parties have agreed to the entry of this Consent Judgment and Order and to the Settlement Agreement in such a matter as to effectuate the mutual release of all claims that were or could have been brought in this litigation, whether known or unknown.

It is hereby **ORDERED** that Final Judgment shall be entered in favor of Plaintiff IncredibleBank and against Defendants PROVOCATIVE (O.N. 1248080, NO. NV9272LC), her engines, tackle, apparel, appurtenances, etc., and Jonathan Cohen, jointly, severally, and

individually, in the amount of $313,657.44, plus interest at the prevailing rate, in accordance with the Parties' Settlement Agreement; it is further

**ORDERED** that IncredibleBank shall forbear collection on this Judgment until nine (9) months after the date on this Order; it is further

**ORDERED** that pursuant to the Parties' request, this Court will await IncredibleBank's entry of a Satisfaction of Judgment in this matter, or, in the alternative, IncredibleBank's initiation of judgment enforcement proceedings; it is further

**ORDERED** that if IncredibleBank elects to extend its forbearance on collection of this Judgment beyond the above nine (9) month period, IncredibleBank shall submit a letter to this Court, with a copy to Defendant Jonathan Cohen, indicating (1) the date of its election; and (2) the length of time it has elected to extend. For each such election, one (1) week prior to the expiration of the extended forbearance period, IncredibleBank shall submit a letter to the Court indicating whether it intends to extend the forbearance period further, and, if so, the length of time it has elected to extend; it is further

**ORDERED** that IncredibleBank shall be, and hereby is, declared the lawful owner and holder of legal title to the Vessel;

**ORDERED** that, pending IncredibleBank's action, this matter will be placed on the inactive docket.

This is a final judgment that resolves all outstanding claims. This Court retains jurisdiction to adjudicate any other dispute arising out of, or in connection with, the Settlement Agreement or this Judgment and Order.

**IT IS SO ORDERED**

Dated:_____     _____
John J. McConnell, Jr.
United States District Judge

The preceding Judgment and Order is agreed to in form and substance.

Date: November 8, 2024                                  Respectfully submitted,

/s/ Samuel P. Blatchley
Samuel P. Blatchley (RI Bar No. 8284)
Eckland & Blando LLP
22 Boston Wharf Road
Boston, Massachusetts 02210
(617) 217-6936
sblatchley@ecklandblando.com

*Counsel for Plaintiff IncredibleBank*

/s/Robert E. Collins
Robert E. Collins (RI Bar No. 2951)
Clinton & Muzyka, P.C.
One India Street
Suite 200
Boston, Massachusetts 02109
(617) 723-9165
rcollins@clinmuzyka.com

*Counsel for Intervenor-Claimant Outerlimits Powerboat, Inc.*

/s/
Jonathan Cohen
208 S Clark Drive
(310) 289-9129
Jmc383@mac.com
Beverly Hills, California 90211

*In Personam Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, a copy of the foregoing was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system.

/s/ Samuel P. Blatchley

3